UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LOOP PRODUCTION,

                      Plaintiff,

   -against-

CAPITAL CONNECTIONS LLC, d/b/a CAPITAL
CONNECTIONS AGENCY, ESCOBAR
ENTERTAINMENT, INC., ABC CORPORATIONS 1-50,
DURBERT O'NEAL BRANDON, JR., a/k/a DURBY
BRANDON, a/k/a KECIA BRANDON, MELVIN
BREEDEN, a/k/a MEL-MAN, a/k/a BIRDMAN, ALISHA
E. HARRIS, a/k/a ALISH HARRIS, MICHAEL MATA,
RYA SOUZA, and JOHN DOES 1-50,

                    Defendants.

10 CV 3058 (LTS) (MHD)



                   ] ORDER AND
JUDGMENT

      WHEREAS, this action having been commenced by Plaintiff The Loop Production

("Plaintiff") on April 9, 2010 by the filing of the Summons and Complaint, and a copy of the

Summons and Complaint having been served on:

1. Defendant Capital Connections LLC, d/b/a Capital Connections Agency ("Capital

    Connections"), by personally serving its registered agent Durbert O'Neal Brandon on

    April 27, 2010 and proof of service having been filed on May 4, 2010;

2. Defendant Durbert O'Neal Brandon, Jr., a/k/a Durby Brandon, a/k/a Kecia Brandon

    ("Brandon"), by personally serving him at his place of business in Irmo, South Carolina

    on April 27, 2010 and proof of service having been filed on May 4, 2010;

3. Defendant Escobar Entertainment Inc. by serving the Secretary of the State of New York

    in Albany, New York pursuant to New York Business Corporation Law Section 306 on

    April 20, 2010 and proof of service having been filed on May 3, 2010;

4. Defendant Alisha E. Harris, a/k/a Alish Harris, by personally serving her at her residence in Sacramento, California on May 7, 2010 and proof of service having been filed on May 25, 2010;

5. Defendant Melvin Breeden, a/k/a Mel Man, a/k/a Birdman, by serving him pursuant to the August 13, 2010 Order of this Court on August 17, 2010 and proof of service having been filed on August 17, 2010; and

WHEREAS, each of Defendants Capital Connections, Brandon, Escobar Entertainment Inc., Alisha E. Harris and Melvin Breeden (collectively, the "Defaulting Defendants") not having answered the Complaint; and

WHEREAS, the Court having, in a Memorandum Opinion and Order dated June 6, 2011, denied Defendants Capital Connections and Brandon's Motion to Vacate Default Judgment and having granted, in pertinent part, Plaintiff's Motion for Default Judgment; and

WHEREAS Plaintiffs having not served Defendants ABC Corporations 1-50, Michael Mata and Rya Souza or John Does 1-50 (the "Unserved Defendants"), it is hereby

ORDERED ADJUDGED AND DECREED that Plaintiff's claims against the Unserved Defendants are dismissed without prejudice; and it is further

ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against each of the Defaulting Defendants, jointly and severally, in the amount of $684,000.00 plus prejudgment interest on $40,000 of that amount, which totals $5187.95 through June 10, 2011, and $46,560.00 in attorney's fees amounting in total to $735,747.95 through June 10, 2011 plus an additional $9.86 per each day after June 10, 2011 for a total amount of $745,787.39 ; and it is further

ORDERED, ADJUDGED AND DECREED that the Clerk of the Court is directed to close this case.

Dated: New York, New York
       June 14, 2011

Hon. Laura Taylor Swain., U.S.D.J.

3