

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LOOP PRODUCTION,

                Plaintiff,

-vs-

CAPITAL CONNECTIONS LLC d/b/a
CAPITAL CONNECTIONS AGENCY,
ESCOBAR ENTERTAINMENT, INC., ABC
CORPORATIONS 1- 50, DURBERT O'NEAL
BRANDON, JR, a/k/a DURBY BRANDON,
a/k/a KECIA BRANDON, MELVIN
BREEDEN, a/k/a MEL-MAN, a/k/a
BIRDMAN, ALISHA E. HARRIS, a/k/a
ALISHA HARRIS, MICHAEL MATA, RYA
SOUZA, and JOHN DOES 1-50

                Defendant(s).

Civil Action No. 10 Civ. 3058(LTS)

**NOTICE OF APPEAL**

Notice is hereby given that Durbert O'Neal Brandon, Jr. and Capital Connections LLC (collectively, the "Capital Defendants"), defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision and Order denying the Capital Defendants' motion to vacate default and granting Plaintiff The Loop Production's motion for judgment by default which Memorandum Decision and Order was entered in this action on June 6, 2011 and for which judgment was entered in this action on June 16, 2011.

Dated: June 23, 2011

                MEDINA LAW FIRM LLC

                Eric S. Medina, Esq.
                MEDINA LAW FIRM LLC
                The Chrysler Building
                405 Lexington Avenue
                Seventh Floor
                New York, NY 10174
                Telephone: (212) 404-1742
                Facsimile: (888)-833-9534
                Email: emedina@medinafirm.com
                *Counsel Capital Connections LLC & Durbert Brandon*