

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 18 NOV 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LOOP PRODUCTION,

           Plaintiff,

-against-

CAPITAL CONNECTIONS LLC, d/b/a CAPITAL CONNECTIONS AGENCY, ESCOBAR ENTERTAINMENT, INC., ABC CORPORATIONS 1-50, DURBERT O'NEAL BRANDON, JR., a/k/a DURBY BRANDON, a/k/a KECIA BRANDON, MELVIN BREEDEN, a/k/a MEL-MAN, a/k/a BIRDMAN, ALISHA E. HARRIS, a/k/a ALISH HARRIS, MICHAEL MATA, RYA SOUZA, and JOHN DOES 1-50,

           Defendants.

10 CV 3058 (LTS) (MHD)

### STIPULATION OF WITHDRAWAL OF MOTIONS TO RECONSIDER AND ALTER JUDGMENT AND DISMISSAL OF CLAIMS AGAINST DEFENDANTS CAPITAL CONNECTIONS LLC AND DUBERT O'NEAL BRANDON, JR. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, on June 14, 2011, the Court issued a judgment against Defendants Capital Connections LLC, d/b/a Capital Connections Agency ("CCA"), Durbert O'Neal Brandon, Jr. a/k/a Durby Brandon ("Brandon"), Escobar Entertainment, Inc., Melvin Breeden and Alisha E. Harris;

WHEREAS, Defendants CCA and Brandon subsequently filed motions for reconsideration and to alter the judgment and appealed the judgment to the Court of Appeals for the Second Circuit;

WHEREAS, Plaintiff The Loop Production and Defendants CCA and Brandon have reached an agreement to settle this matter;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff The Loop Production and Defendants CCA and Brandon that CCA and Brandon's motions to reconsider and to alter the judgment are withdrawn;

IT IS FURTHER STIPULATED AND AGREED by and between Plaintiff The Loop Production and Defendants CCA and Brandon that the above-captioned action is voluntarily dismissed with prejudice as to Defendants CCA and Brandon pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

~~IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.~~

Dated: New York, New York
November 4, 2011

SHER LLP
Justin M. Sher
41 Madison Avenue, 41st Floor
New York, New York 10010
Tel: 212.202.2600
E-mail: justin.sher@sherllp.com

*Attorneys for Plaintiff The Loop Production*

MEDINA LAW FIRM LLC
Eric S. Medina
405 Lexington Avenue, Seventh Floor
New York, New York 10174
Tel: 212.404.1742
E-mail: emedina@medinafirm.com

*Attorneys for Defendants Capital Connections Agency LLC and Durbert O'Neal Brandon, Jr.*

SO ORDERED:

11/17/2011
U.S.D.J.